UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MIGUEL A. RODRIGUEZ,<br><br>        Plaintiff,<br><br>v.<br><br>KIM ADAMSON, *et al.*,<br><br>        Defendants. | Case No. 3:22-cv-00324-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

    Interested Party, Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Kayla D. Dorame, Deputy Attorney General, of the State of Nevada, Office of the Attorney General; and Plaintiff Miguel A. Rodriguez, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, stipulate that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 31st day of January, 2023.   DATED this 31st day of January, 2023.

AARON D. FORD
Attorney General

_____   By: _____
MIGUEL A. RODRIGUEZ              William P. Shogren, (Bar No. 14619)
Plaintiff, Pro Se                *Attorneys for Interested Party*
                                 *Nevada Department of Corrections*

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 31st day of January, 2023.   DATED this 9th day of March, 2023.

AARON D. FORD
Attorney General

_____
MIGUEL A. RODRIGUEZ
Plaintiff, *Pro Se*

By: */s/ Kayla D. Dorame*
KAYLA D. DORAME, Bar No. 15533
Deputy Attorney General

Attorneys for Interested Party
Nevada Department of Corrections

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED <u>March 10, 2023.</u>

_____
Anne R. Traum
United States District Court Judge